380

Louis Bojarski, Appellant, v. Everett G. Ballard, Appellee.

Gen. No. 41,931.

Heard in third division, first district, this court at October term, 1941; opinion filed April 8, 1942; rehearing denied May 7, 1942. George A. Bosomburg, for appellant; George E. Billett, for appellee. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."